THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CECELIA
LEDERLE, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DAN
CASTRILLO, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* OSCAR
BICKEL, Appellant.

(Consolidated Appeals.)

Submitted July 8, 1955; decided July 8, 1955.

*Raymond Keran O'Brien* for motion.

No one opposed.

Motion granted and case set down for argument during the
October, 1955, session of the Court of Appeals.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LESTER
MEYERS, Appellant.

Submitted July 8, 1955; decided July 8, 1955.